# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JUNE BROWN,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:25-cv-1701-ACA |
| **LVNV FUNDING LLC, et al.,** | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The court ordered Plaintiff June Brown to replead her complaint by December 12, 2025. (Doc. 12). Ms. Brown failed to file an amended complaint by the deadline. The court then ordered Ms. Brown to show cause why it should not dismiss this action for her failure to prosecute and to comply with a court order. (Doc. 14). The deadline to respond to that order has passed without a response. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute and to comply with a court order.

The court will enter a separate final order.

**DONE** and **ORDERED** this January 21, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE